IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE HERNANDEZ, | ) | No. C 09-5311 MMC (PR) |
| Petitioner, | ) ) | **ORDER GRANTING MOTION TO SUBSTITUTE WARDEN R. GROUNDS AS RESPONDENT; DIRECTIONS TO CLERK** |
| vs. | ) ) | |
| R. GROUNDS, Warden, | ) ) | (Docket No. 5) |
| Respondent. | ) ) | |
| _____ | ) | |

On November 9, 2009, petitioner, a California prisoner incarcerated at the Correctional Training Facility at Soledad ("CTF"), and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the denial of parole by the California Board of Parole Hearings. The Court, by order filed April 19, 2010, directed the named respondent, CTF Warden C. Noll, to answer the petition.

Petitioner now moves to substitute R. Grounds, the current Warden at CTF, as the proper respondent. Good cause appearing, petitioner's request is hereby GRANTED.

The Clerk is directed to substitute Warden R. Grounds as the respondent in this action.

This order terminates Docket No. 5.

IT IS SO ORDERED.

DATED: November 30, 2010

_____
MAXINE M. CHESNEY
United States District Judge